# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

MICHAEL WAYNE CALLOWAY

NO. 2025 KW 0848

DECEMBER 11, 2025

---

In Re: Michael Wayne Calloway, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 189532.

---

BEFORE: THERIOT, PENZATO, AND BALFOUR, JJ.

WRIT DENIED.

MRT
AHP
KEB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT